UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AARP, a District of Columbia Corporation,

    Plaintiff,

vs.                                       Case No.  3:03-cv-1033-J-99MCR

KRAMER LEAD MARKETING GROUP, a
Texas corporation, CHOICEPOINT, INC., a
Georgia corporation, and ALLYN KRAMER, an
individual,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendants' Consent Motion for Leave to File Exhibits Under Seal (Doc. 224) filed May 13, 2005.  The Court reviewed the Motion and finds the parties have not articulated sufficient reasons for sealing the proposed documents.  The parties' agreement that particular documents may contain confidential or sensitive information is not sufficient to justify the filing of documents under seal.  Rather, the parties must show extraordinary circumstances and particularized need in order for a document to be filed under seal.  See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992); Wilson v. American Motors Corp., 759 F.2d 1568, 1570-71 (11th Cir. 1985).

    The Court will permit the parties to file another motion showing extraordinary circumstances sufficient to justify the filing of documents under seal.  This motion should be filed no later than **Wednesday, May 25, 2005**.

-1-

Accordingly, after due consideration, it is

**ORDERED**:

1. Defendants' Consent Motion for Leave to File Exhibits Under Seal (Doc. 224) is **DENIED** without prejudice.

2. The Clerk is directed to maintain the proposed documents to be filed under seal until further notice from the Court.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  17th  day of May, 2005.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record