UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AARP, a District of Columbia Corporation,

    Plaintiff,

vs.                                              Case No.  3:03-cv-1033-J-99MCR

KRAMER LEAD MARKETING GROUP, a
Texas corporation, CHOICEPOINT, INC., a
Georgia corporation, and ALLYN KRAMER, an
individual,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel Discovery (Doc. 209) filed April 29, 2005.  On May 23, 2005, the Court directed the parties to meet and confer regarding the six pending motions to compel.  (Doc. 250).  The parties were further ordered to file a notice indicating they had so met and informing the Court whether any portions of the motions to compel had been resolved.  (Doc. 250).  On May 26 and 27, the parties filed their Notices.  (Docs. 254 and 256).  Plaintiff's Notice (Doc. 203) indicated the parties had resolved much of the disputes in its Motion to Compel filed April 28, 2005.  (Doc. 256).  However, Plaintiff's Notice stated that the parties were unable to resolve any of the issues surrounding Plaintiff's Motion to Compel filed April 29, 2005 (Doc. 209).

    The Court's review of Plaintiff's Motion to Compel reveals that Plaintiff's Motion to Compel is entirely directed to Defendants' original privilege log rather than the amended

privilege log attached to Defendants' response.  (See Doc. 229, Ex. A).  The numbering on the original privilege log is different than that of the amended privilege log. Additionally, according to Defendants' response, many of Plaintiff's concerns have been addressed/resolved by Defendants' filing the amended privilege log.

The Court will not attempt to compare the original 194-page privilege log with the amended 283-page privilege log to determine to which documents Plaintiff is referring. Accordingly, the Court will deny Plaintiff's Motion to Compel Discovery (Doc. 209) without prejudice.  The parties are directed to meet and confer once again, and if necessary, Plaintiff may file a new motion to compel regarding the amended privilege log if the parties cannot resolve their disputes.  Plaintiff shall file this new motion to compel no later than **June 10, 2005**.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Compel Discovery (Doc. 209) is **DENIED without prejudice** as set forth in the body of this Order.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  2nd  day of June, 2005.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record