## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**AARP,** a District of Columbia
Corporation,

     **Plaintiff,**

**vs.**                                Case No. 3:03-CV-1033-J-99MCR

**KRAMER LEAD MARKETING
GROUP,** a Texas corporation,
**CHOICEPOINT, INC.,**
a Georgia corporation, and
**ALLYN KRAMER,** an individual,

     **Defendants.**

_____/

### ORDER

On May 17, 2005 the Court denied Defendants' Motion for Leave to File Exhibits under

Seal in Support of Their Motion for Summary Judgment. See Doc. No. 236. The Motion was

denied without prejudice to the "refiling of a Motion in which either Party may articulate a

particularized justification for the filing under seal of each specific item." Id.

Before the Court is the Joint Notice Regarding Confidential Designations and Motions for

Leave to File Documents Under Seal (Doc. No. 325, filed July 18,  2005). The Parties have

pared down their confidential designations and the Joint Notice and Motion identifies five (5)

items for which leave to file documents under seal is sought. After reviewing the Parties'

Notices of Withdrawal of Confidential Designations (Doc. No. 309, filed July 6, 2005 and Doc.

No. 318, filed July 14, 2005) and the Joint Notice and Motion, all prior issues with regard to

confidential designations are moot. The Parties Joint Motion (Doc. No. 325) is hereby

**GRANTED**. The Clerk is directed to file the following under seal:

1. The deposition of Allyn Kramer, page 123.

2. Exhibit #3-A of the deposition of Allyn Kramer.

3. The deposition of Olga Ibarra, pages 109 and 110.

4. Exhibit 53 to the deposition of Olga Ibarra.

5. The deposition of Suzanne Detlefs, page 15.

The hearing set for Wednesday, July 20, 2005 at 10:30 am is therefore **CANCELLED**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ /9π ___ day of July, 2005.

**HARVEY E. SCHLESINGER**
**United States District Judge**

Copies to:
John J. Dabney, Esq.
Rutledge R. Liles, Esq.
Faith E. Gay, Esq.