UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**AARP,** a District of Columbia
Corporation,

    **Plaintiff,**

vs.                                    Case No. 3:03-CV-1033-J-99MCR

**KRAMER LEAD MARKETING
GROUP,** a Texas corporation,
**CHOICEPOINT, INC.,**
a Georgia corporation, and
**ALLYN KRAMER,** an individual,

    **Defendants.**
_____/

## ORDER

Before the Court are Plaintiff's Motion and Memorandum to Submit Newly Discovered Evidence in Support of Plaintiff's Summary Judgment Motion and in Opposition to Defendants' Summary Judgment Motion (Doc. No. 340-1, filed July 25, 2005) and Defendants' Emergency Motion for Protective Order and Supporting Memorandum of Law (Doc. No. 341-1, filed July 25, 2005).

In their Motion for Protective Order, Defendants seek to preclude Plaintiff's taking the deposition of a non-party witness, Mr. Thomas Adams. Mr. Adams was a former salesman for Heritage Trust, a/k/a "American Family Prepaid," for approximately three (3) years from 2001 to 2004. Decl. Adams ¶ 1, Doc. No. 340-2. In his declaration, Mr. Adams also states that he made sales calls to senior citizens who had returned the lead cards and that "[b]ecause of the AARP usage in the lead cards, seniors that I visited appeared to be confused about my relationship with AARP." Decl. Adams ¶¶ 3 & 4, Doc. No. 340-2.

Having conducted a telephonic hearing, the Court **ORDERS** as follows:

The Court construes Plaintiff's Motion as a motion for leave to re-open discovery to take the deposition of Mr. Thomas Adams and is **GRANTED**.

The Defendants' Emergency Motion for Protective Order (Doc. No. 341-1) is **DENIED** as it relates to the taking of Mr. Thomas Adams's deposition.

The Parties are directed to take the deposition of Mr. Thomas Adams not later than August 12, 2005. The Parties are then allowed to supplement their motions for summary judgment with evidence flowing from this deposition by the close of business on August 19, 2005.

**DONE AND ENTERED** at Jacksonville, Florida, this 26T day of July, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
John J. Dabney, Esq.
Rutledge R. Liles, Esq.
Faith E. Gay, Esq.