FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 FEB 28  P 12: 11

**AARP,** a District of Columbia corporation,

   **Plaintiff,**

v.            Case No. 3:03-cv-1033-J-20MCR

**KRAMER LEAD MARKETING GROUP,** a Texas corporation,
**CHOICEPOINT, INC.,** a Georgia corporation, and
**ALLYN KRAMER,** an individual,

   **Defendants.**
_____/

## ORDER

Before the Court is the Parties Stipulation to Extend Time (Doc. No. 460, filed February 27, 2006). Accordingly, the currently-scheduled <u>Daubert</u> hearing of March 3, 2006, the Pre-trial Conference of March 30, 2006, and the Trial of May 1, 2006 are hereby **CANCELLED.**

The <u>Daubert</u> hearing is now rescheduled for **Friday, March 31, 2006 at 10a.m.**, the Pre-trial conference is set for **Thursday, April 27, 2006 at 10:30 a.m.**, and Trial is rescheduled for the trial term commencing on **June 5, 2006.**

**DONE AND ENTERED** at Jacksonville, Florida, this 27 day of February, 2006.

_____
HARVEY E. SCHLESINGER
United States District Judge

1

**Copies to:**
John J. Dabney, Esq.
Rutledge R. Liles, Esq.
Steven Arthur Werber, Esq.
John A. Carlisle, Esq.
Faith E. Gay, Esq.
Matthew Feeley, Esq.
Garry Randolph, CRD