FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 APR 14 A 8: 41

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**AARP,** a District of Columbia corporation,

    **Plaintiff,**

v.     Case No. 3:03-cv-1033-J-20-MCR

**KRAMER LEAD MARKETING GROUP,** a Texas corporation,
**CHOICEPOINT, INC.,** a Georgia corporation, and
**ALLYN KRAMER,** an individual,

    **Defendants.**

_____/

## ORDER

The Court has been telephonically notified that the Parties have reached a settlement.

Accordingly, the Daubert hearing of April 14, 2006 is hereby **CANCELLED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 13th day of April, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
John J. Dabney, Esq.
Rutledge R. Liles, Esq.
Steven Arthur Werber, Esq.
John A. Carlisle, Esq.
Faith E. Gay, Esq.
Matthew Feeley, Esq.
J. Noah Hagey, Esq.
Garry Randolph, CRD

1