UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 APR 18  P 3: 29

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

AARP, a District of Columbia
corporation,

    **Plaintiff,**

v.                            Case No. 3:03-cv-1033-J-20-MCR

**KRAMER LEAD MARKETING
GROUP,** a Texas corporation,
**CHOICEPOINT, INC.,**
a Georgia corporation, and
**ALLYN KRAMER,** an individual,

    **Defendants.**
_____/

## ORDER

This Court has been advised that this case was completely settled by the Parties based on an agreed to Permanent Injunction by Consent. The Parties hand-delivered to the Court such a proposed Permanent Injunction by Consent, which prior to this instant Order the Court has executed, and was also executed by the Parties. Accordingly, since the Court and the Parties have executed the proposed Permanent Injunction by Consent, which the Clerk is directed to file prior to this Order, this case is hereby dismissed with prejudice, except for that portion of the injunction that the Court retains jurisdiction to enforce. The Clerk is directed to then close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this _18_ day of April, 2006.

_____
HARVEY E. SCHLESINGER
United States District Judge

1

**Copies to:**
John J. Dabney, Esq.
Rutledge R. Liles, Esq.
Steven Arthur Werber, Esq.
John A. Carlisle, Esq.
Faith E. Gay, Esq.
Matthew Feeley, Esq.
J. Noah Hagey, Esq.
Garry Randolph, CRD